UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Elaine P. Browne,<br><br>    Plaintiff,<br><br>v.<br><br>Eldorado Resorts Corporation *et al.*,<br><br>    Defendants. | **TRANSFER ORDER**<br><br>Case No.: 2:15-cv-02328-GMN-CWH |
| Sandy Bagsby,<br><br>    Plaintiff,<br><br>v.<br><br>Eldorado Resorts Corporation *et al.*,<br><br>    Defendants. | Case No.: 2:15-cv-02330-APG-GWF |
| Eric Eldor,<br><br>    Plaintiff,<br><br>v.<br><br>Eldorado Resorts Corporation *et al.*,<br><br>    Defendants. | Case No.: 2:15-cv-02331-JCM-GWF |

|   |   |
|---|---|
| Harold Cee Heckendorn,<br><br>        Plaintiff,<br><br>v.<br><br>Eldorado Resorts Corporation *et al.*,<br><br>        Defendants. | Case No.: 2:15-cv-02332-RFB-NJK |

The parties in the four (4) above-captioned cases filed a list of Related Cases. The presiding District Judges in these actions have individually and collectively determined that these actions are related and that there is good cause to transfer them to one District Judge and one Magistrate Judge. Additionally, transfer will promote judicial efficiency, avoid duplicative filings by the parties, and will not result in prejudice to the parties.

**ORDER**

Therefore,

**IT IS HEREBY ORDERED** that the following cases are to be **REASSIGNED** to District Judge Richard F. Boulware, II, and Magistrate Judge Peggy A. Leen for all further proceedings:

   2:15-cv-2328-GMN-CWH

   2:15-cv-2330-APG-GWF

   2:15-cv-2331-JCM-GWF

   2:15-cv-2332-RFB-NJK

. . .

. . .

. . .

. . .

. . .

. . .

**IT IS FURTHER ORDERED** that all documents hereafter filed in all of the above cases shall bear the case number with District Judge Richard F. Boulware, II, **(RFB)** and Magistrate Judge Peggy A. Leen **(PAL)**, as assigned judges.

DATED:  February 4, 2016.

_____  _____
**GLORIA  M. NAVARRO, Chief Judge**          **RICHARD F. BOULWARE, II**
United States District Judge                                United States District Judge


_____  _____
**ANDREW P. GORDON**                                **JAMES C. MAHAN**
United States District Judge                                United States District Judge

**IT IS FURTHER ORDERED** that all documents hereafter filed in all of the above cases shall bear the case number with District Judge Richard F. Boulware, II, **(RFB)** and Magistrate Judge Peggy A. Leen **(PAL)**, as assigned judges.

DATED:  February 4, 2016.

_____     _____
**GLORIA M. NAVARRO, Chief Judge**                **RICHARD F. BOULWARE, II**
United States District Judge                                United States District Judge


_____     _____
**ANDREW P. GORDON**                                **JAMES C. MAHAN**
United States District Judge                                United States District Judge

1    **IT IS FURTHER ORDERED** that all documents hereafter filed in all of the above cases
2  shall bear the case number with District Judge Richard F. Boulware, II, **(RFB)** and Magistrate
3  Judge Peggy A. Leen **(PAL)**, as assigned judges.

4

5    DATED:  February 4, 2016.

|  |  |
|---|---|
| _____ | _____ |
| **GLORIA  M. NAVARRO, Chief Judge** <br> United States District Judge | **RICHARD F. BOULWARE, II** <br> United States District Judge |
| _____ | _____ |
| **ANDREW P. GORDON** <br> United States District Judge | **JAMES C. MAHAN** <br> United States District Judge |