ANTHONY L. MARTIN
Nevada Bar No. 8177
anthony.martin@ogletreedeakins.com
JILL GARCIA
Nevada Bar No. 7805
jill.garcia@ogletreedeakins.com
BRIAN L. BRADFORD
Nevada Bar No. 9518
brian.bradford@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169
Telephone: 702.369.6800
Fax: 702.369.6888

*Attorneys for Defendants Eldorado Resorts Corporation,
Michael Marrs, Kristen Beck and Dominic Taleghani*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ERIC ELDOR,<br><br>  Plaintiff,<br><br>vs.<br><br>ELDORADO RESORTS CORPORATION, a Florida Corporation; MICHAEL MARRS; KRISTEN BECK; DOMINIC TALEGHANI; AND DOES 1-50, inclusive,<br><br>  Defendants. | Case No.: 2:15-cv-02331-RFB-PAL<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Plaintiff Eric Eldor ("Plaintiff") and Defendants Eldorado Resorts Corporation, Michael Marrs, Kristen Beck, and Dominic Taleghani (hereinafter collectively "Defendants"), by and through their undersigned counsel, that all claims Plaintiff had, or may have, against Defendants that are contained in, reasonably related to, or could

have been brought in the above-captioned action, are hereby dismissed with prejudice in their entirety.

Each party to bear their own fees and costs.

Dated this 26th day of April, 2018.

| WATKINS & LETOFSKY | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
|---|---|
| /s/ Daniel R. Watkins | /s/ Jill Garcia |
| Daniel R. Watkins<br>Brian S. Letofsky<br>8215 South Eastern Avenue<br>Suite 265<br>Las Vegas, NV 89123<br>*Attorneys for Plaintiff Eric Eldor* | Anthony L. Martin<br>Jill Garcia<br>Brian L. Bradford<br>3800 Howard Hughes Parkway<br>Suite 1500<br>Las Vegas, NV 89169<br>*Attorneys for Defendants Eldorado Resort Corporation, Michael Marrs, Kristen Beck, and Dominic Taleghani* |

**ORDER**

**IT IS SO ORDERED.**

RICHARD F. BOULWARE, II
United States District Judge

DATED this 30th day of April, 2018.

33517175.1